# Receipt of Initiating Documents.

# Note:

# No Application to Proceed I.F.P. or Filing Fee received.



2:25-cv-02581-RFB-BNW