

Russell Greer
c/o A Safer Nevada PAC
10409 Pacific Palisades Ave
Las Vegas, NV 89144
contact@asafernevada.org
801-895-3501
Pro Se Litigant
L

# IN THE U.S. DISTRICT COURT

# OF NEVADA

| | |
|---|---|
| **RUSSELL GREER,** an individual,<br><br>    Plaintiff<br><br>v.<br><br>**FRANCISCO V. AGUILAR,** in his official capacity as the Secretary of State of Nevada,<br><br>    Defendant | **PLAINTIFF'S NOTICE OF PAYMENT**<br><br>Case No.:   2:25-cv-02581-RFB-BNW<br><br>District Judge: Richard F Boulware, II<br><br>Magistrate Judge: Brenda Weksler |

1

Plaintiff submits notice to the Court that he went into the Federal Courthouse building on January 20th, 2025 and paid the $405 with the court clerk. He is now waiting for the court clerk to sign the civil summons, so that Defendant can be served.

DATED:  January 20th, 2026

                              Russell Greer
                              /rgreer/
                              Pro Se

*Note: Plaintiff has training and experience as a paralegal and is therefore familiar with legal research, drafting, and procedure. Plaintiff is fully capable of representing himself and brings this action in good faith.*