Generated: Jan 20, 2026 10:23AM                                                                                                    Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Jan 20, 2026 10:23AM

Russell Greer

| Rcpt. No: 200018056 | Trans. Date: Jan 20, 2026 10:23AM | | | Cashier ID: #AZ (4392) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| *201B | Civil Filing Fee/PLRA-Non-Installment/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: 2:25-cv-02581-RFB-BNW

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.