# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Nevada

| FILED | X | RECEIVED | |
|---|---|---|---|
| ENTERED | | SERVED ON | |

JAN 30, 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM DEPUTY

Case Number: 2:25-CV-02581-RFB-BNW

**Plaintiff:**
**RUSSELL GREER, an individual**

vs.

**Defendant:**
**FRANCISCO V. AGUILAR, in his official capacity as the Secretary of State of Nevada**

Received by Bullet Legal Services on the 23rd day of January, 2026 at 11:07 am to be served on **FRANCISCO V. AGUILAR in his official capacity as the Secretary of State of Nevada, Nevada Secretary of State, 1 State of Nevada Way, Las Vegas, NV 89119**.

I, Anthony Spada, being duly sworn, depose and say that on the **28th day of January, 2026** at **1:23 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the *SUMMONS IN A CIVIL ACTION and PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF* to: **JACKIE REYES** as Office Clerk, authorized to accept, at the address of: **Nevada Secretary of State, 1 State of Nevada Way, Las Vegas, NV 89119**.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: HISPANIC, Height: SIT, Weight: SIT, Hair: BROWN, Glasses: N

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

State of Nevada
County of Clark

Subscribed and Sworn to before me on the 30th day of January, 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2027

Anthony Spada
R-2018-06348

**Bullet Legal Services**
1930 Village Center Circle, #3-965
Las Vegas, NV 89134
(702) 823-1000

Our Job Serial Number: BRT-2026000234

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e