

Russell Greer
c/o A Safer Nevada PAC
10409 Pacific Palisades Ave
Las Vegas, NV 89144
contact@asafernevada.org
801-895-3501

# IN THE U.S. DISTRICT COURT

# OF NEVADA

| | |
|---|---|
| **RUSSELL GREER,** an individual,<br><br>Plaintiff<br><br>v.<br><br>**FRANCISCO V. AGUILAR,** in his official capacity,<br><br>Defendant | **PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT, PER FRCP 55(a)**<br><br>Case No.: 2:25-cv-02581-JAD-BNW<br><br>District Judge: Jennifer A. Dorsey<br><br>Magistrate Judge: Brenda Weksle |

1

Russell Greer respectfully requests that the Clerk of Court enter default against Defendant Francisco V. Aguilar, in his official capacity as Secretary of State of Nevada, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff states as follows:

1. Defendant was properly served with the Summons and Complaint on January 28, 2026, as reflected in the Affidavit of Service filed in this action. **EXHIBIT A.**
2. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant was required to file an answer or otherwise respond within 21 days of service. The response deadline was February 18, 2026.
3. As of the date of this filing, Defendant has not filed an answer, a Rule 12 motion, a notice of appearance, nor requested an extension of time to respond.
4. Defendant has therefore failed to plead or otherwise defend, as required by Rule 55(a).

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant.

DATED: February 23rd, 2026

Respectfully submitted,

Russell Greer

/rgreer/

Pro Se Plaintiff

**EXHIBIT A**



## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Nevada

Case Number: 2:25-CV-02581-RFB-BNW

Plaintiff:
**RUSSELL GREER, an individual**

vs.

Defendant:
**FRANCISCO V. AGUILAR, in his official capacity as the Secretary of State of Nevada**

Received by Bullet Legal Services on the 23rd day of January, 2026 at 11:07 am to be served on **FRANCISCO V. AGUILAR in his official capacity as the Secretary of State of Nevada, Nevada Secretary of State, 1 State of Nevada Way, Las Vegas, NV 89119**.

I, Anthony Spada, being duly sworn, depose and say that on the **28th day of January, 2026** at **1:23 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the *SUMMONS IN A CIVIL ACTION and PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF* to: **JACKIE REYES** as Office Clerk, authorized to accept, at the address of: **Nevada Secretary of State, 1 State of Nevada Way, Las Vegas, NV 89119**.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: HISPANIC, Height: SIT, Weight: SIT, Hair: BROWN, Glasses: N

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

State of Nevada
County of Clark

Subscribed and Sworn to before me on the 30th day of January, 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2027

**Anthony Spada**
R-2018-06348

**Bullet Legal Services**
1930 Village Center Circle, #3-965
Las Vegas, NV 89134
(702) 823-1000

Our Job Serial Number: BRT-2026000234

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

