Russell Greer
c/o A Safer Nevada PAC
10409 Pacific Palisades Ave
Las Vegas, NV 89144
contact@asafernevada.org
801-895-3501



# IN THE U.S. DISTRICT COURT

# OF NEVADA

| | |
|---|---|
| **RUSSELL GREER,** an individual,<br><br>     Plaintiff<br><br> v.<br><br>**FRANCISCO V. AGUILAR,** in his official capacity,<br><br>     Defendant | **NOTICE OF CONSTITUTIONAL QUESTION UNDER FED. R. CIV. P. 5.1**<br><br>Case No.: 2:25-cv-02581-JAD-BNW<br><br><br>District Judge: Jennifer A. Dorsey<br><br>Magistrate Judge: Brenda Weksle |

1

Plaintiff Russell Greer submits this Notice pursuant to Federal Rule of Civil Procedure 5.1 and states as follows:

1. Plaintiff's Second Amended Complaint challenges the constitutionality of NRS 295.095(1) and NRS 295.205(1), which require at least five electors residing within a city or county to serve as sponsors before a local initiative petition may be circulated.

2. Plaintiff asserts that these statutes violate the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, Article 19 of the Nevada Constitution, and 42 U.S.C. § 1983. These constitutional questions are raised throughout the Second Amended Complaint filed in this action.

3. Because the constitutionality of state statutes is drawn into question and the State of Nevada is not a party to this case for purposes of defending those statutes, Rule 5.1(a)(1)(B) applies.

4. In accordance with Rule 5.1(a)(2), Plaintiff hereby provides notice that copies of this Notice and the Second Amended Complaint have been served on the Nevada Attorney General by electronic service to the address designated by that office for Rule 5.1 notices.

5. Plaintiff respectfully requests that the Court certify this constitutional challenge to the Nevada Attorney General pursuant to Rule 5.1(b) and 28 U.S.C. § 2403(b).

DATED: February 28th, 2026

Respectfully submitted,

Russell Greer

/rgreer/

Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I certify that on 2-28-26, I electronically served a copy of Notice of Constitutional Question on the Nevada Attorney General via electronic email at: **AGInquiries@ag.nv.gov**