Russell Greer
c/o A Safer Nevada PAC
10409 Pacific Palisades Ave
Las Vegas, NV 89144
contact@asafernevada.org
801-895-3501

---

# IN THE U.S. DISTRICT COURT

# OF NEVADA

| | |
|---|---|
| **RUSSELL GREER,** an individual, | **NOTICE OF WITHDRAWAL OF REQUEST FOR ENTRY OF DEFAULT (ECF 19)** |
| Plaintiff | |
| v. | Case No.: 2:25-cv-02581-JAD-BNW |
| **FRANCISCO V. AGUILAR,** in his official capacity, | |
| Defendant | District Judge: Jennifer A. Dorsey |
| | Magistrate Judge: Brenda Weksle |

Plaintiff Russell Greer hereby withdraws his previously filed Request for Entry of Clerk's Default against Defendant Francisco Aguilar. Upon further review, Plaintiff has determined that the Rule 5.1 notice procedures regarding the constitutional challenge to state statutes had not yet been completed, and therefore Defendant's answer deadline had not commenced. Plaintiff respectfully asks the Clerk to disregard the request.

DATED: February 28th, 2026

Respectfully submitted,

Russell Greer

/rgreer/

Pro Se Plaintiff