Russell Greer
c/o A Safer Nevada PAC
10409 Pacific Palisades Ave
Las Vegas, NV 89144
contact@asafernevada.org
801-895-3501

# IN THE U.S. DISTRICT COURT

# OF NEVADA

| | |
|---|---|
| **RUSSELL GREER,** an individual, | **PLAINTIFF'S RENEWED REQUEST FOR CLERK'S ENTRY OF DEFAULT** |
| Plaintiff | |
| v. | Case No.: 2:25-cv-02581-JAD-BNW |
| **FRANCISCO V. AGUILAR,** in his official capacity, | |
| Defendant | District Judge: Jennifer A. Dorsey |
| | Magistrate Judge: Brenda Weksle |

1

Plaintiff Russell Greer respectfully renews his request that the Clerk of Court enter default against Defendant Francisco V. Aguilar pursuant to Federal Rule of Civil Procedure 55(a). In support, Plaintiff states:

1. **Proper Service.**

   Defendant was properly served with the Summons and Complaint on January 28, 2026, as reflected in the Affidavit of Service filed in this action.

2. **Response Deadline Expired.**

   Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant was required to answer or otherwise respond within 21 days of service. The response deadline expired on February 18, 2026.

3. **Failure to Plead or Otherwise Defend.**

   As of the date of this filing, Defendant has not filed an answer, Rule 12 motion, notice of appearance, or motion for extension of time.

4. **Clarification Regarding Rule 5.1.**

   Plaintiff previously withdrew an earlier request for default out of caution regarding Federal Rule of Civil Procedure 5.1. On March 2, 2026, this Court issued a Minute Order clarifying that Rule 5.1(b) is inapplicable where a state officer is sued in his official capacity. Because Defendant is sued in his official capacity as Secretary of State, Rule 5.1 does not affect Defendant's Rule 12 response deadline.

5. **Entry of Default Is Proper.**

   Defendant has failed to plead or otherwise defend within the time required by the Federal Rules of Civil Procedure. Accordingly, entry of default by the Clerk is appropriate under Rule 55(a).

**WHEREFORE**, Plaintiff respectfully requests that the Clerk enter default against Defendant.

DATED: March 3rd, 2026

Respectfully submitted,

Russell Greer

/rgreer/

Pro Se Plaintiff