

Russell Greer
c/o A Safer Nevada PAC
10409 Pacific Palisades Ave
Las Vegas, NV 89144
contact@asafernevada.org
801-895-3501

---

# IN THE U.S. DISTRICT COURT

# OF NEVADA

---

| | |
|---|---|
| **RUSSELL GREER,** an individual, | **PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| Plaintiff | |
| v. | Case No.: 2:25-cv-02581-JAD-BNW |
| **FRANCISCO V. AGUILAR,** in his official capacity, | |
| Defendant | District Judge: Jennifer A. Dorsey |
| | Magistrate Judge: Brenda Weksle |

---

Plaintiff Russell Greer respectfully moves the Court for leave to file the attached **Third Amended Complaint** pursuant to Federal Rule of Civil Procedure 15(a)(2). A copy of the proposed pleading is submitted as **Exhibit A.**

## I. LEGAL STANDARD

Under Rule 15(a)(2), courts "should freely give leave when justice so requires." The Ninth Circuit maintains a "strong policy" favoring amendments, particularly where a case is still at the pleading stage and the amendment will clarify issues, strengthen factual allegations, and promote resolution on the merits. Leave should be granted unless the amendment is the result of bad faith, undue delay, prejudice to the opposing party, or futility. *Foman v. Davis*, 371 U.S. 178, 182 (1962). None of those factors are present here.

## II. GOOD CAUSE EXISTS TO PERMIT AMENDMENT
### A. The Third Amended Complaint Corrects and Clarifies Issues Identified by the Court

The Court's prior order denying preliminary injunction relied on the framing and structure of earlier pleadings. Plaintiff now submits a Third Amended Complaint that:

1. **Refines and clarifies the constitutional claims** under Meyer, Pierce and Angle;
2. **Adds substantial factual detail** documenting Plaintiff's multi-year inability to satisfy Nevada's five-sponsor requirement;
3. **Provides documentary evidence and exhibits**, including call logs, outreach records, emails, and communications showing real-world burdens;
4. **Corrects ambiguities** in the disability-related allegations and the practical barriers to outreach; and

These clarifications directly address the gaps identified in the Court's prior discussion and streamline the issues for adjudication.

### B. The Amendment Adds Extensive Factual Support That Was Not Previously Included

The proposed Third Amended Complaint includes detailed factual allegations supported by dozens of pages of exhibits, documenting:

- UNR volunteer call logs;
- Plaintiff's written and social media outreach to hundreds of residents;
- Contacts with PACs, civic groups, and political organizations;
- Communications with local officials acknowledging the impracticality of the five-sponsor rule;
- Disability-related communication barriers;
- Real-world examples of stigmatic and reputational deterrents affecting potential sponsors.

These materials materially strengthen the First Amendment, Equal Protection, and Article 19 claims. They also demonstrate that Plaintiff has diligently attempted to comply with Nevada law, and that the statutory barrier—not lack of voter support—is preventing circulation.

## C. No Prejudice Will Result to Defendant

The Defendant has not filed an answer, no discovery has begun, and the case remains in an early procedural posture. Amendment at this stage does not prejudice the State in any meaningful way. The Secretary of State will have full opportunity to respond to the amended complaint. Allowing the amendment promotes adjudication on the merits, which Rule 15 strongly favors.

## D. The Amendment Is Not Futile

Courts routinely permit amendment, where the new pleading expands factual allegations, clarifies constitutional theories, and adds evidentiary support. The Third Amended Complaint includes extensive new facts that significantly strengthen each claim. The amendment eliminates any arguable pleading deficiencies and therefore is not futile.

The proposed amendment turned a 12 page complaint into a 74 page complaint because of the exhibits and fleshed out arguments.

## III. CONCLUSION

For all these reasons, Plaintiff respectfully requests that the Court grant leave to file the attached **Third Amended Complaint**. A proposed order is submitted concurrently.

DATED: March 12th, 2026

Respectfully submitted,

Russell Greer

/rgreer/

Pro Se Plaintiff