Russell Greer
c/o A Safer Nevada PAC
10409 Pacific Palisades Ave
Las Vegas, NV 89144
contact@asafernevada.org
801-895-3501

# IN THE U.S. DISTRICT COURT

# OF NEVADA

| | |
|---|---|
| **RUSSELL GREER,** an individual,<br><br>   Plaintiff<br><br>v.<br><br>**FRANCISCO V. AGUILAR,** in his official capacity,<br><br>   Defendant | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Case No.: 2:25-cv-02581-JAD-BNW<br><br><br>District Judge: Jennifer A. Dorsey<br><br>Magistrate Judge: Brenda Weksle |

1

Before the Court is Plaintiff's Motion for Leave to File Third Amended Complaint. Having considered the Motion, the attached Exhibit A, and the applicable law, the Court finds that justice so requires the granting of leave to amend pursuant to **Federal Rule of Civil Procedure 15(a)(2)**.

The Court finds that the amendment is not sought in bad faith, does not cause undue delay, is not futile, and does not unfairly prejudice the Defendant.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File Third Amended Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The Clerk of Court shall file the **Third Amended Complaint**, currently attached as Exhibit A to Plaintiff's Motion, as a standalone document on the docket.
2. The Third Amended Complaint shall be the operative pleading in this matter.
3. Defendant shall have **twenty-one (21) days** from the date of the filing of the Third Amended Complaint to file a responsive pleading or motion.

**DATED** this _____ day of _____, 2026.

___

**JENNIFER A. DORSEY**

**UNITED STATES DISTRICT JUDGE**