Russell Greer
3930 University Center
Apt 103
Las Vegas, NV 89119
801-895-3501
russmark@gmail.com
Pro Se Litigant

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **RUSSELL GREER**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**FRANCISCO V. AGUILAR,** in his official capacity,<br><br>Defendant, | **PRELIMINARY INJUNCTION APPEAL**<br><br>**NOTICE OF APPEAL**<br><br>Case. No.: 2:25-cv-02581-JAD-BNW<br><br>Judge: Jennifer A. Dorsey |

Notice is hereby given that Plaintiff Russell Greer, proceeding pro se, appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Denying Emergency Motion for Preliminary Injunction, ECF No. 23, entered March 3rd, 2026**,** and from the Court's Order Denying Motion for Reconsideration, ECF No. 31, entered September 22nd, 2026**,** which denied Plaintiff's timely Rule 60(b) motion seeking relief from the preliminary-injunction order.

This appeal is taken pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rules of Appellate Procedure 3 and 4.

Respectfully submitted,

**Russell Greer**

9-24-2026

## CERTIFICATE OF SERVICE

I certify that on September 24, 2026, I filed the foregoing Notice of Appeal with the Clerk of the United States District Court for the District of Nevada.

I further certify that on September 24, 2026, I transmitted a copy of the Notice of Appeal by email to the Nevada Attorney General's Office and to the Nevada Secretary of State representative with whom I have previously corresponded regarding this action.

Defendant Francisco V. Aguilar, in his official capacity as Nevada Secretary of State, has not appeared in this action. Plaintiff previously served the Nevada Secretary of State's Office in February 2026 and filed the corresponding return of service. Plaintiff later learned that service was also required upon the Nevada Attorney General. On September 24, 2026, Plaintiff contacted both the Nevada Attorney General's Office and the Nevada Secretary of State's Office and requested that they accept or waive service of the summons and accept the Third Amended Complaint. As of the filing of this Notice of Appeal, neither office has responded to that request.

/s/ Russell Greer
Russell Greer
9-24-26