# UNITED STATES DISTRICT COURT
for the
District of Nevada

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
1/20/2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM DEPUTY

Russell Greer
*Plaintiff(s)*
v.
Francisco Aguilar
*Defendant(s)*

Civil Action No. 2:25-cv-02581-RFB-BNW

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Francisco Aguilar

1 State of Nevada Wy,
Las Vegas, NV 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russell Greer

c/o A Safer Nevada PAC
10409 Pacific Palisades Ave
Las Vegas, NV 89144
contact@asafernevada.org
801-895-3501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-02581-RFB-BNW

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nevada Attorney General

was received by me on *(date)* 10/05/2026 .

❒ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Susan Messina, Senior Legal Secretary , who is designated by law to accept service of process on behalf of *(name of organization)* Nevada Attorney General 100 N Carson Street, Carson City, NV 89701 on *(date)* 10/08/2026 ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/08/2026

*Server's signature*

Greg Pollard, Process Server, R-2026-00932

*Printed name and title*

C & H Process Service
75 McCabe Dr #19208
Reno, NV 89511
(75) 219-2871

*Server's address*

Additional information regarding attempted service, etc:

Notice of receipt of documents attached.

STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL

# COMPLAINT – SERVICE OF PROCESS RECEIPT

100 N. CARSON STREET, CARSON CITY, NEVADA 89701

DATE RECEIVED: 10.8.2026 RECEIVED BY: S. Mesdine

CASE NAME: Russell Green v. Francisco Aguilar in his official Capacity

CASE NUMBER: 2:25-cv-02581 COURT: USDC-NV

DOCUMENT(S): Summons, Plaintiffs Proposed Third Amended Complaint for Declaratory & Injunctive Relief

☒ Service of Process (only OAG) ☐ Courtesy Copy only

☐ Full Service of Process (both OAG *and defendant*(s)
*Service of Process to defendant(s) *must* be completed and proof of service *must* be provided to OAG staff[1]

**NOTICE**

A complaint must name the State of Nevada *on relation of* the department, commission, board, or other State agency whose actions are the basis for the lawsuit. *See* NRS 41.031(2). The "State of Nevada" alone is not a proper defendant on a complaint. NRS 41.031(3).
**Service of process is a two (2) step procedure when a complaint names a State entity, officer or employee.** The summons and complaint must be served on:

(1) the Attorney General at the Office of the Attorney General (OAG) in Carson City, Nevada (or an OAG staff member designated to receive service of process), ***and***

(2) the administrative head of the named State agency (or an agent designated by the administrative head to receive service of process).

*See* NRS 41.031(2) and Rule 4.2(d) of the Nevada Rules of Civil Procedure. Service is not fully accomplished until both steps are completed.

Please read this notice carefully and sign below to acknowledge its receipt. This notice does not confirm that any specific State agency or person has been properly served, nor does it waive any legal requirement for service of process.

Greg Pollard [signature] 10-8-26
PRINT NAME SIGNATURE DATE

SERVICE AGENCY: C+H Process Servers

[1] If OAG staff are unable to verify proof of service on *defendants*, they are not required to check the box for "Full Service of Process."